**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

RONALD CARTER,

                Plaintiff,

vs.                                     Case No. 3:12-cv-1066-J-34MCR

JACK MATHENY, et al.,

                Defendants.
_____/

## **ORDER**

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 8; Report), entered by the Honorable Monte C. Richardson, United States Magistrate Judge, on October 18, 2012. In the Report, Magistrate Judge Richardson recommends that this case be dismissed without prejudice to Plaintiff filing a paid complaint. See Report at 3. On October 31, 2012, Plaintiff filed his Objection to Report and Recommendation As Per Local Rule 6.02 (Dkt. No. 9; Objection).

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will overrule the Objection, and accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.  Accordingly, it is hereby

**ORDERED:**

1. Plaintiff's Objection to Report and Recommendation As Per Local Rule 6.02 (Dkt. No. 9) is **OVERRULED**.

2. The Magistrate Judge's Report and Recommendation (Dkt. No. 8) is **ADOPTED**.

3. This case is **DISMISSED without prejudice**.

4. The Clerk of the Court is directed to enter judgment dismissing the case without prejudice, terminate any pending motions or deadlines as moot, and close this file.

**DONE AND ORDERED** at Jacksonville, Florida, this 16th day of January, 2013.

*[signature]*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Hon. Monte C. Richardson
Counsel of Record
Pro Se Plaintiff